IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

Stephen Dirksen and Jeanne Dirksen,

Plaintiffs,

Civil File No. 01-89 DSD/JMM

vs.

**STIPULATION TO REMAND**

Express Shuttle, a North Dakota corporation, Wayne A. Sunde, and Burlington Northern Santa Fe Railroad Company, a Minnesota corporation,

Defendants.

---

Dan Mertens,

Plaintiff,

Civil File No. 01-88 ADM/RLE

vs.

Burlington Northern Santa Fe Railroad Company, a Minnesota corporation,

Defendant and Third-Party Plaintiff,

vs.

Express Shuttle,

Third-Party Defendant.

---

Richard True,

Plaintiff,

Civil File No. 01-90 PAM/JGL

vs.

Burlington Northern Santa Fe Railroad Company, a Minnesota corporation,

FILED FEB 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

97206-1

Defendant and Third-Party
Plaintiff,

vs.

Express Shuttle,

Third-Party Defendant.

---

COMES NOW the parties, by and through their respective counsel, stipulate that the above-three entitled actions shall be remanded back to Hennepin County District Court of the State of Minnesota for further proceedings.

HUNEGS, STONE, LeNEAVE, KVAS & THORNTON, P.A.

Dated: 1/26/01

Cortney S. LeNeave, MN ID 018424X
Richard L. Carlson, MN ID 210043
Attorneys for Plaintiffs
1650 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 339-4511

SPENCE, RICKE, SWEENEY & GERNES, P.A.

Dated: 2/8/01

Timothy K. Masterson, MN ID 203294
Attorneys for Defendant/Third-Party Plaintiff
325 Cedar Street, Suite 600
St. Paul, Minnesota 55101
(651) 292-3346

Dated: 1-29-01

Raymond L. Tahnk-Johnson, MN ID 178585
Attorneys for Defendant and Third-Party Defendant
1650 International Centre
2600 Eagan Woods Drive, Suite 110
Eagan, MN 55121
(651) 452-2428